AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

EQUITY TITLE, LLC, doing business as
EQUITY TITLE OF NEVADA
                Plaintiff,
    v.

PROFYT ADDYCT, LLC; STEVEN
GAZLAY, an individual, et al.,

                Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-01639-APG-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered against Defendants Profyt Addyct, LLC and Steven Gazlay, Awarding compensatory damages, jointly and severally, in the amount of $707,375.75, and punitive damages, jointly and severally, in the amount of $2,122,127.25.  Equity Title is entitled to rescind the closing of Escrow Number 20-JMB-7012 (the Escrow) and return the net loan proceeds to the lender, Private Funds of America BT.  Interest shall accrue from date of entry until satisfied.   With regard to the real property located at 6645 West El Campo Grande, Las Vegas, Nevada 89130 (Clark County Assessor's Parcel Number 125-26-402-002:
a) The Grant, Bargain, Sale Deed recorded in the Official Records of the Clark County Recorder on August 27, 2020, as Instrument No. 20200827:0001164 ("Subject Deed" is Fraudulent. b) the Short Form Deed of Trust and Assignment of Rent, recorded in the Official Records of the Clark County Recorder on August 27, 2020, as Instrument No. 20200827:00011, is unenforceable and shall be expunged. All terms, conditions and instructions within [27] Order entered 4/15/2021by Judge Andrew P. Gordon incorporated herein.

  4/15/2021
_____
Date

  DEBRA K. KEMPI
_____
Clerk



  /s/ D. Reich-Smith
_____
Deputy Clerk