# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EQUITY TITLE, LLC, doing business as EQUITY TITLE OF NEVADA,<br>　　　　　　Plaintiff,<br>　　v.<br>PROFYT ADDYCT, LLC; STEVEN GAZLAY,<br>　　　　　　Defendants. | **AMENDED**<br>DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:20-cv-01639-APG-BNW |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

than an amended judgment is entered in favor of plaintiff Equity Title, LLC and against defendants Profyt Addyct, LLC and Steven Gazlay as follows: 1. Awarding compensatory damages against Profyt Addyct, LLC and Steven Gazlay, jointly and severally, in the amount of $707,375.75; 2. Awarding punitive damages against Profyt Addyct, LLC and Steven Gazlay, jointly and severally, in the amount of $2,122,127.25; 3. Equity Title is entitled to rescind the closing of Escrow Number 20-JMB-7012 and return the net loan proceeds to the lender, Private Funds of America BT; 4. The real property located at 6645 West El Campo Grande, Las Vegas, Nevada 89130 (Clark County Assessor's Parcel Number 125-26-402-002): the Subject Deed shall be expunged from the Official Records of the Clark County Recorder. Title to the Property is hereby restored to and vested in favor of DarkZero Esports LLC; 5. Interest shall accrue on the judgment at the statutory rate from the date of entry until satisfied.

| | |
|---|---|
| 5/3/21<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ H. Magennis<br>Deputy Clerk |